# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STERLING J. BLADE** | **CIVIL ACTION NO. 3:18-cv-0697** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Sterling J. Blade's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, to the extent Plaintiff moves for a preliminary injunction, [Doc. No. 13], the motion is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 9th day of October, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**